10-19-07

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

ROBERT E. GARRETT, as Personal
Representative of Robert Lee Garrett                                      PLAINTIFF

vs.                                                                                      No. 1:05CV334-D-A

VENCOR NURSING CENTERS EAST, LLC; et al.                      DEFENDANTS

### JUDGMENT DISMISSING ACTION BY REASON OF SETTLEMENT

The court has been advised that this action has been settled, or is in the process of being settled. Therefore, it is not necessary that the action remain upon the calendar of the court.

THEREFORE, it is hereby ORDERED that this action is dismissed without prejudice. The court retains complete jurisdiction to vacate this order and to reopen this action upon cause shown that settlement has not been completed and further litigation is necessary.

SO ORDERED, this the 19th day of October 2007.

/s/ Glen H. Davidson
Senior Judge